**BAKER, LESHKO, SALINE & BLOSSER, LLP**
*Attorneys for Plaintiff*
One North Lexington Avenue
White Plains, New York 10601
914.681.9500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HEATHER L. EASON,

                Plaintiff,  :  08 Civ. 3557 (SCR)

    -against-  :  **PLAINTIFF'S RULE 26**
                          **INITIAL DISCLOSURE**

GP AVIATION SERVICES, LLC
and EAST WEST FLIGHT, LLC,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Plaintiff, Heather Eason, by her attorneys Baker, Leshko, Saline & Blosser, LLP, for its Initial Disclosure pursuant to FRCP 26, hereby states as follows:

**I.**     **FRCP 26 (a)(1)(A):**     The names and addresses of individuals likely to have discoverable information are as follows:

    1.     Heather Eason, 94 Sally Hardin Road, Sussex, New Jersey 07461.

    3.     Certain offices, employers and/or servants of defendant GP Aviation Services, LLC whose identity (ies) are unknown to plaintiff at the present time.

    4.     Certain officers, employees and/or servants of defendant East West Flight, LLC whose identity (ies) is unknown to the plaintiff at the present time.

5. Richard Conrad, GP Aviations Services, LLC, 95 Round Hill Road, Armonk, New York 10504.

6. David Salomon, associated with defendant East West Flight, LLC and EWT LLC, 9242 Beverly Blvd., Suite 300, Beverly Hills, California 90210.

7. Thomas Connelly, address unknown, co-pilot of the subject aircraft.

8. "Gary" last name unknown, pilot of the subject aircraft.

9. Certain medical providers for Ms. Eason, whose identities will be provided to defendants.

10. Certain officers, employees and/or servants of Jet Aviation whose identity (ies) are unknown to plaintiff at the present time.

**II.    FRCP 26 (a)(1)(B):** To be provided upon separate cover.

**III.   FRCP 26 (a)(1)(C):** Plaintiff will make claim for past, present and future pain and suffering, past, present and future lost wages, past, present and future medical expenses.

**IV.    FRCP 26(a)(1)D):** Not applicable.

**V.     FRCP 26 (a)(2)(A):** Plaintiffs has not retained any experts at the present time, and he will disclose any such information at the time such expert(s), if any, is retained and in accordance with the FRCP.

Dated: White Plains, New York
       June 10, 2008

**BAKER LESHKO SALINE & BLOSSER LLP**
*Attorneys for Plaintiff*

By: _____
Mitchell J. Baker (MB-4339)
**One North Lexington Avenue**
**White Plains, New York 10601**
**914.681.9500**

To:  George P. McKeegan, Esq.
McKeegan & Shearer, P.C.
192 Lexington Avenue
New York, New York 10016