UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| HEATHER L. EASON, | Civil Action No. 08 CIV. 3557 |
| Plaintiff, | (Judge Robinson) |
| -against- | |
| GP AVIATION SERVICES, LLC, | DEFENDANT'S DISCLOSURE |
| EAST WEST FLIGHT, LLC and | OF INTERESTED PARTIES |
| THOMAS CONNELLY, | |
| Defendants. | |

---------------------------------------------------------------x

Defendant GP AVIATION SERVICES, LLC., by its attorneys, McKeegan & Shearer, P.C., having filed an initial pleading in the above captioned matter, makes the following disclosure to the Court pursuant to local General Rule 7.1 of the Local Rules for the Southern and Eastern Districts of New York:

No publicly held corporation owns any portion of GP AVIATION SERVICES, LLC.

Dated: New York, New York
      July 16, 2008                    McKEEGAN & SHEARER, P.C.

                                        By   /s/
                                              George P. McKeegan (GPM 8602)
                                              (A Shareholder of the Firm)
                                       Attorneys for Defendant GP Aviation
                                       192 Lexington Avenue
                                       New York, New York 10016
                                       (212) 661-4200

TO:    BAKER LESHKO SALINE & BLOSSER, LLP
            Attorneys for Plaintiff
            One North Lexington Avenue
            White Plains, New York 10601-1712
            (914) 681-9500

AFFIDAVIT OF MAILING

STATE OF NEW YORK      )
                                           ss.:
COUNTY OF NEW YORK  )

LINDA ARCARA, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years and reside in Bayside, New York.

That on the 17th day of July 2008, I served a true copy of DEFENDANT'S DISCLOSURE OF INTERESTED PARTIES in the following manner:

By mailing the same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known of the addressee(s) as follows:

BAKER LESHKO SALINE & BLOSSER, LLP
One North Lexington Avenue
White Plains, New York 10601-1712

Sworn to before me this
17th day of July 2008                         ____/s/_____
                                                                   LINDA ARCARA


____/s/_____
         Notary Public

**GEORGE P. McKEEGAN**
**Notary Public, State of New York**
**No. 02MC6131547**
**Qualified in Westchester County**
**Commission Expires August 8, 2009**