UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HEATHER L. EASON,                                    Civil Action No. 08 CIV. 3557
                Plaintiff,                              (Judge Robinson)

     -against-

GP AVIATION SERVICES, LLC,                   DEFENDANT'S DISCLOSURE
EAST WEST FLIGHT, LLC and                    OF INTERESTED PARTIES
THOMAS CONNELLY,

                Defendants.

------------------------------------------------------------x

     Defendant EAST WEST FLIGHT, LLC., by its attorneys, McKeegan & Shearer, P.C., having filed an initial pleading in the above captioned matter, makes the following disclosure to the Court pursuant to local General Rule 7.1 of the Local Rules for the Southern and Eastern Districts of New York:

     EAST WEST FLIGHT, LLC is a private company which is wholly owned by another private company. No publicly held corporation owns any portion of EAST WEST FLIGHT, LLC.

Dated:  New York, New York
         July 16, 2008                    McKEEGAN & SHEARER, P.C.


                                                   By___/s/_____
                                                    George P. McKeegan (GPM 8602)
                                                    (A Shareholder of the Firm)
                                    Attorneys for Defendant East West Flight
                                    192 Lexington Avenue
                                    New York, New York 10016
                                    (212) 661-4200

TO:    BAKER LESHKO SALINE & BLOSSER, LLP
          Attorneys for Plaintiff
          One North Lexington Avenue
          White Plains, New York 10601-1712
          (914) 681-9500

## AFFIDAVIT OF MAILING

STATE OF NEW YORK          )
                           ss.:
COUNTY OF NEW YORK     )

LINDA ARCARA, being duly sworn, deposes and says:
That I am not a party to this action, am over the age of 18 years and reside in Bayside, New York.

That on the 17th day of July 2008, I served a true copy of DEFENDANT'S DISCLOSURE OF INTERESTED PARTIES in the following manner:
By mailing the same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known of the addressee(s) as follows:

BAKER LESHKO SALINE & BLOSSER, LLP
One North Lexington Avenue
White Plains, New York 10601-1712

Sworn to before me this
17th day of July 2008                    _____/s/_____
                                              LINDA ARCARA


____/s/_____
         Notary Public

**GEORGE P. McKEEGAN**
**Notary Public, State of New York**
**No. 02MC6131547**
**Qualified in Westchester County**
**Commission Expires August 8, 2009**