**BAKER, LESHO, SALINE & BLOSSER, LLP**
*Attorneys for Plaintiff*
**One North Lexington Avenue**
**White Plains, New York 10601**
**914.681.9500**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HEATHER L. EASON,                                       :

                    Plaintiff,        :    08 Civ. 3557 (SCR)

   -against-                                             :    PLAINTIFF'S RESPONSE TO
                                                                       DEFENDANTS' EXPERT
                                                                        INTERROGATORIES
GP AVIATION SERVICES, LLC,                     :
EAST WEST FLIGHT, LLC and
THOMAS CONNELLY,                                       :

                    Defendants.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE, that Plaintiff, Heather Eason, by her attorneys, Baker, Leshko, Saline & Blosser, LLP, responding to Defendants' Expert Interrogatories to Plaintiff, states as follows:

      Plaintiff has not retained any experts at the present time and will disclose such information at the time such expert(s), if any, is retained and in accordance with Federal Rule 26 of the Federal Rules of Civil Procedure.

Dated: White Plains, New York
       August 4, 2008

                                              **BAKER, LESHKO, SALINE & BLOSSER, LLP**
                                              *Attorneys for Plaintiff*

                                              By:_____
                                                   Mitchell J. Baker
                                             One North Lexington Avenue
                                             White Plains, New York 10601
                                             914.681.9500

To:   McKEEGAN & SHEARER, P.C.
      *Attorneys for Defendants*
      192 Lexington Avenue
      New York, New York 10016
      212.661.4200